McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>        v.<br><br>CLAUDIA ELIZABETH LIZAOLA,<br><br>                            Defendants. | CASE NO. 1:18-CR-207-LJO<br><br>UNITED STATES' SENTENCING MEMORANDUM<br><br>DATE: January 27, 2020<br>TIME: 8:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

### I. **INTRODUCTION**

Claudia Lizaola is an active MS-13 member, a gang that has "distinguished itself by committing brutal acts of violence against rival gang members and non-gang members." (PSR ¶ 5). Lizaola pled guilty to conspiring to distribute methamphetamine to MS-13 members in Mendota, but her role in MS-13 was much larger. Lizaola was an intermediary for MS-13 members. On one occasion, she agreed to relay orders from one high-ranking MS-13 member to other high-rankings MS-13 members that they should go kill a victim (whose specific picture, address, and work schedule was provided) and take a picture as proof of their accomplishment. On another occasion, Lizaola distributed methamphetamine to MS-13 members in prison. On yet another occasion, Lizaola sold bullets for an assault rifle to an MS-13 member and convicted felon who, days later, was found with three handguns and one assault rifle in his house. This Court should sentence her to ten years in prison, the mandatory minimum sentence and the guideline range in this case.

UNITED STATES' SENTENCING MEMORANDUM                                1

## II. DISCUSSION

### A. Despite her claims to the contrary, Clauda Lizaola is an active MS-13 member.

Although Lizaola denies that she is an MS-13 member (PSR ¶ 65), years of Facebook communications show her bragging about being an MS-13 member. Lizaola is a member of the Park View Locos Salvatruchas clique of MS-13, which she often refers to as "Parkview" or "PVLS." For instance, on December 13, 2017, Lizaola sent a Facebook message referring to herself by her moniker (Maniaka) and saying she was "from MS13 PVLS." (Ex. 1 – Facebook Excerpts, p. 2). On another occasion, a Facebook friend asked her "what happened, u ain't from the clik no more," and Lizaola said that previously she "was from francis," a different MS-13 clique, but that "I'm from Parkview now." (Ex. 1 – Facebook Excerpts, p. 2).

Lizaola has also sent several messages of her flashing MS-13 hand signs, pictures of MS-13 graffiti on the street, and even photos of her daughter flashing the same MS-13 hand signs while, it appears, she is taking a break from her homework:

 

(Ex. 2 – Photos of Gang Signals).

Lizaola repeatedly affirmed that she was an MS-13 member in several Facebook messages. And in one intercepted conversation, she explained that she has been an MS-13 member for nearly thirty years:

> Lizaola: You know, I landed into the Francis in 1990. I'd walk with them and i was a young kid…
>
> From then on i was a Francis and well there were some disagreements there. I then go out and i became a Park View.

(Ex. 8 – June 2, 2018, Facebook Intercepts). Francis and Park View are both MS-13 cliques. This statement means that Lizaola joined the Francis clique in 1990 and later moved to the Park View clique, undercutting her claims that she only began to affiliate with MS-13 through Facebook after her son's tragic death in 2011. (*See* Dkt. 261, Lizaola Sent. Mem., p. 2). The fact that Lizaola admitted in 2010 that she was an MS-13 member when she was arrested with four other self-admitted MS-13 members also under cuts her claims that her MS-13 affiliation is new. (PSR ¶ 46). Lizaola's claims that she was not a gang member and did not associate with gang members (PSR ¶ 65) are simply false.

### B. Lizaola relayed messages for MS-13 members, including directions that other MS-13 members should beat or kill an unknown woman and also kill an unknown man.

Not only did Lizaola use her Facebook account to flaunt her MS-13 affiliation, but she also relayed messages for incarcerated MS-13 members. And on at least one occasion, Lizaola even used Facebook to relay a message for other MS-13 members to kill two victims.

On July 6, 2018, shortly before noon Lizaola received a message on her Facebook account (which was being wiretapped) from an MS-13 member with a Facebook account named Hassan Vamps.[1] Vamps told Lizaola, "I need a favor, to give a beating to a girl, if you can. Might as well kill her while they're at it." (Ex. 3 – Facebook Intercepts, p. 1). At 8:20 p.m., Vamps checked in again, asking Lizaola if she got the message. (Ex. 3 – July 6–8, 2018, Facebook Intercepts, p. 1). Lizaola responded, "Yes, I got it. Whom and where?" (Ex. 3 – July 6–8, 2018, Facebook Intercepts, p. 1). Vamps provided Lizaola with an address and told her to "send whomever you want and well, do

---

[1] The wiretapped messages referenced in this sentencing memorandum have been attached in full and the portions discussed are highlighted.

whatever they can, some beating or kill her." (Ex. 3 – July 6–8, 2018, Facebook Intercepts, p. 2). Lizaola responded, "Okay." (Ex. 3 – July 6–8, 2018, Facebook Intercepts, p. 2).

The conversation then shifted, and Vamps sent Lizaola a picture of a man and told Lizaola to arrange to "send some homies" (slang for high-ranking MS-13 members) "to give him, well, just one blow." (Ex. 3 – July 6–8, 2018, Facebook Intercepts, p. 2). Vamps explained to Lizaola that he would provide Lizaola with "the hours he [the victim] has, when he takes the trash out at his job." (Ex. 3 – July 6–8, 2018, Facebook Intercepts, p. 2). Lizaola told Vamps that she would "talk to these dudes, so that they can visit," a reference to talking to MS-13 members to come to the Los Angeles area to commit the assault or murder. (Ex. 3 – July 6–8, 2018, Facebook Intercepts, p. 2). Lizaola said that it would take some time, because she was running errands for her daughter's wedding the next day. (Ex. 3 – July 6–8, 2018, Facebook Intercepts, p. 2).

Two days later, July 8, 2018, Vamps sent Lizaola a message of an address in Rowland Heights, California. (Ex. 3 – July 6–8, 2018, Facebook Intercepts, p. 3). Later that evening, Vamps and Lizaola discussed the plan to assault or kill the unknown individual:

> Vamps: Home girl, look when the hommie go have them tell him that it's from Alejandra's ex, he says hello and they can do whatever they want.
>
> Lizaola: Well, I'm going to talk to Gunner so that he can get the homeboys.
>
> Vamps: He goes to throw out the trash like at around ten, he always has chores and they can get him on Thursday, Friday, Saturday, Sunday at night. Have them take a picture afterwards and send it to me, homegirl. Ok, please. I need that favor for this week, if you can. Plaease really make sure you're on that. Ok thanks. With respect to your homeboy Vampiro MSX3 PVLS

(Ex. 3 – July 6–8, 2018, Facebook Intercepts, p. 4).

In this series of messages, it appears that Vamps was telling Lizaola to pass a message along to her fellow MS-13 members to kill the unknown male. Vamps told Lizaola that the "hommies" should tell the victim "that it's from Alejandra's ex" and that they could do whatever they wanted to the victim. Vamps also gave Lizaola specific details about when the victim would be vulnerable—when he took out the trash at his work at ten—and he asked Lizaola to have the hommies "take a picture afterwards and

send it to me," presumably to confirm they had completed the assault or murder.[2]  Lizaola said that she would "talk to Gunner," the moniker for Denis Barrera-Palma, the leader of MS-13's Park View clique in Mendota.  Facebook data also shows that during this timeframe Lizaola placed a Facebook call to Barrera-Palma, which was not intercepted due to technological restrictions.[3]

### C. **Lizaola sold ammunition to another MS-13 member for that individual's assault rifle.**

Lizaola also used her Facebook account to sell ammunition to a fellow MS-13 member.  On July 21, 2018, Lizaola sent a Facebook message to account "Snuff Adams," asking, "How many do you need? They are the 223."  (Ex. 4 – July 21–25, 2018, Facebook Intercepts, p. 1).  "223" is a reference to the caliber of a bullet used for AR-15 assault style riles, and in subsequent messages Adams and Lizaola discussed whether the bullets she had were the right size.  (Ex. 4 – July 21–25, 2018, Facebook Intercepts, pp.1–2).  The following day Adams sent Lizaola a photo of a magazine for a 223 rifle, and Lizaola confirmed that she had the 223 bullets.  (*see* Ex. 4 – July 21–25, 2018, Facebook Intercepts, pp. 3–4).

Lizaola told Adams that she had 37 bullets and that she would sell them for $40.  (Ex. 4 – July 21–25, 2018, Facebook Intercepts, pp. 5–7).  Adams agreed and asked, "When can I see you?"  (Ex. 4 – July 21–25, 2018, Facebook Intercepts, p. 8).  Lizaola and Adams then discussed a meeting time so Lizaola could provide the bullets to Adams.  (Ex. 4 – July 21–25, 2018, Facebook Intercepts, pp. 9–13).

Law enforcement officers identified "Snuff Adams," and approximately a week later they searched his residence.  Inside, they found four firearms, including an AR-15 pistol.  (Ex. 5 – Search of

---

[2] It is common for MS-13 members to take pictures of victims of a murder or assault to earn credit in the gang for committing an act of violence.  Fresno County Sheriff's Detective Kimberly Sharp explained the value in her affidavit in support of a state wiretap:

> This type of trophy is common practice among MS-13 gang members. Your Affiant knows based on her knowledge of this investigation that MS-13 will commonly take these types of photos not only to show other MS-13 gang members their criminal exploits, but also as proof of the homicide or assault in order to enhance their reputation within the gang thereby increasing their own power and influence over lower level MS-13 gang members.

(Dkt. 228-2, Aff. of Det. Sharp, p. 27) (incorporated by reference).

[3] The individual who was believed to be the target of this conspiracy was notified by law enforcement of the believed threat to his life and was not harmed.

UNITED STATES' SENTENCING MEMORANDUM      5

Snuff Adams' Residence).  Adams—whose real name is Elmer Amaya—was a convicted felon and a previously deported alien and was thus prohibited from possessing any firearms.

### D. Lizaola distributed methamphetamine to MS-13 members in prison.

Intercepted Facebook messages also showed that Lizaola distributed methamphetamine to incarcerated MS-13 members.  On May 30, 2018, an incarcerated MS-13 member named Jeffrey Flores sent a Facebook message to Lizaola saying that he was waiting for a call from an individual named "Criminal."  (Ex. 6 – May 30–June 4, 2018, Facebook Intercepts, p. 1).  A few minutes later, Flores told Lizaola that he had spoken with Criminal and that Criminal "asked me if the sugar was powerful and I told him it was all right."  (Ex. 6 – May 30–June 4, 2018, Facebook Intercepts, p. 7).  "Sugar," in this context, was used as slang for drugs, likely methamphetamine.

The next day, Flores and Lizaola used cryptic language to discuss a transaction.  Flores sent another message to Lizaola, asking, "Hey, sorry to bother you again but I wanted to ask you again if they could GO pick THAT up tomorrow OR Friday because today they replied too late."  (Ex. 6 – May 30–June 4, 2018, Facebook Intercepts, p. 3).  Lizaola responded that "tomorrow" was fine and that she could drop "it" off when she was done with work.  (Ex. 6 – May 30–June 4, 2018, Facebook Intercepts, p. 4).  Flores told Lizaola that he would tell "Criminal" "So he can do it tomorrow…And notify his people."  (Ex. 6 – May 30–June 4, 2018, Facebook Intercepts, p. 4).  A few minutes later, Flores asked, "You're going to give him the two burritos," and, "like you said? Or only one?"  (Ex. 6 – May 30–June 4, 2018, Facebook Intercepts, p. 4).  Based on later intercepts, the reference to "two burritos" was likely slang for two ounces of methamphetamine that Lizaola would supply Flores and "Criminal" in custody.

For the next few days, Flores and Lizaola discussed timing of Lizaola providing the "burritos" to "Criminal's" people.  (Ex. 6 – May 30–June 4, 2018, Facebook Intercepts, p. 5–8).  On June 4, 2018, Lizaola sent a photo to another incarcerated MS-13 member of a picture of a Lizaola's hand transferring two plastic sandwich bags that appeared to each contain an ounce of crystal methamphetamine to the hand of another woman:



 (Ex. 7 – Photograph of Methamphetamine Transfer; *see* Ex. 6 – May 30–June 4, 2018, Facebook Intercepts, p. 9).

The next day, June 5, 2018, Flores sent a message to Lizaola that implied that "Criminal" had received the methamphetamine that Lizaola had distributed, stating, "Look, I also talked to Criminal and he told me to tell you thank you very much for THAT."  (Ex. 6 – May 30–June 4, 2018, Facebook Intercepts, p. 10).  Flores and Lizaola then discussed the need to keep the transaction a secret.  (Ex. 6 – May 30–June 4, 2018, Facebook Intercepts, p. 11).

E. **Lizaola also distributed methamphetamine for MS-13 members in Mendota, as the PSR explains.**

Lizaola also distributed methamphetamine to MS-13 members in Mendota.  As detailed in the PSR and the factual basis to Lizaola's plea agreement, Lizaola sent fifteen ounces of methamphetamine to Denis Barrera-Palma, the leader of MS-13's Park View clique in Mendota.

### III.  CONCLUSION

Lizaola was far more than just a methamphetamine dealer.  She was an important member of a violent gang who helped coordinate the affairs of MS-13.  She relayed orders to kill and assault victims.  She sold drugs in prison and bullets to felons.  And she openly bragged about her MS-13 affiliation.  This Court should sentence her to the mandatory minimum sentence: 10 years in prison.

Dated:  January 22, 2020

McGREGOR W. SCOTT
United States Attorney

By: /s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney